914

dered.    *J. Louis Karton* and *Arthur Magid* for petitioner. *Charles Dana Snewind* for respondent.

No. 446, Misc.    IN RE LA SALLE.    Motion for leave to file petition for writ of certiorari denied.

No. 373, Misc.    COOK *v.* COOK.    Supreme Court of Vermont.    Certiorari granted.    *Henry Lincoln Johnson, Jr.* for petitioner.    *H. Mason Welch* for respondent.

No. 566.    PIERCE ET AL., DIRECTORS AND TRUSTEES, ET AL. *v.* WARREN, GOVERNOR, ET AL.    Supreme Court of Florida.    Certiorari denied.    *Charles R. Pierce* and *John M. Sutton* for petitioners.    *Thos. McE. Johnston* for respondents.

No. 569.    JOY SILK MILLS, INC. *v.* NATIONAL LABOR RELATIONS BOARD.    United States Court of Appeals for the District of Columbia Circuit.    Certiorari denied. *Henry J. Fox* for petitioner.    *Solicitor General Perlman, David P. Findling, Mozart G. Ratner* and *Bernard Dunau* for respondent.

No. 576.    LION OIL Co. *v.* ALTENBAUMER ET AL.    C. A. 5th Cir.    Certiorari denied.    *O. O. Touchstone* for petitioner.

No. 598.    STUEBER ET AL. *v.* ADMIRAL CORPORATION. C. A. 7th Cir.    Certiorari denied.    *John Wattawa* for petitioners.    *Francis H. Uriell* and *W. McNeil Kennedy* for respondent.